Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur.

(May 17, 1967)

A.B.C. LIQUORS, INC., Appellant, v. NEW YORK STATE LIQUOR AUTHORITY et al., Respondents. No opinion. Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.

A.B.C. LIQUORS, INC., Appellant, v. NEW YORK STATE LIQUOR AUTHORITY et al., Respondents.

Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.

(May 22, 1967)

THEODORE BELCHER, as Administrator of the Estate of BARBARA BELCHER, Deceased, Respondent, v. JOYCE KESTEN et al., Defendants, and METROPOLITAN TOBACCO COMPANY, INC. et al., Appellants.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

HERBERT F. BLADES, an Infant by His Mother ESTHER BLADES, Respondent, v. BURGER N SHAKE DRIVE INN, INC., Appellant, et al., Defendant.—

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

HANNELORE GAZERWITZ, Individually and as Administratrix, of the Estate of EDWARD GAZERWITZ, Deceased, Respondent, v. ALBERT G. ADRIAN,